### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| EQUITY ALLIANCE, LLC, | : | |
| | : | Civil Action No. 10-3998 (SDW)(MCA) |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| UNITED COMPANIES, LLC, UNITED | : | |
| REAL ESTATE GROUP, LLC | : | March 6, 2012 |
| | : | |
| Defendants. | : | |
| | : | |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION
### OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed on January 24, 2012, regarding Plaintiff Equity Alliance, LLC's ("Equity") motion for judgment enforcing the settlement agreement. No objections have been filed.[1]

The Court has reviewed the R&R, the brief, and the other documents on file in this matter. Based on the foregoing, and for good cause shown,

**IT IS** on this 6th day of March, 2012,

**ORDERED** that Magistrate Judge Arleo's R&R filed on January 24, 2012, is **ADOPTED** by this Court in its entirety. Equity's motion for judgment enforcing the settlement agreement is **DENIED**.

s/ Susan D. Wigenton
**Susan D. Wigenton, U.S.D.J.**

---

[1] Objections were due by February 7, 2012.

cc:  Madeline Cox Arleo, U.S.M.J.